# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| **3M COMPANY** and **3M INNOVATIVE PROPERTIES COMPANY,** | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **Civil Action No. 03-5292 MJD/AJB** |
| **MOLDEX-METRIC, INC.** | ) ) ) | |
| Defendant | ) ) ) | |

## ORDER

This matter is before the Court on the parties' Stipulation to Amend the Total Length of the Memoranda under Local Rule 7.1(c) for the <u>Markman</u> Hearing (to be scheduled).

IT IS HEREBY ORDERED:

The parties have the permission of the Court to extend the word limit requirements of Local Rule 7.1(c) for the <u>Markman</u> Hearing. The parties will be limited to total of 20,000 words for both the combination of the initial and reply briefs.

DATED: April 14, 2006

                                                  s / Michael J. Davis
                                                MICHAEL J. DAVIS
                                                United States District Court