UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**3M COMPANY, and 3M INNOVATIVE PROPERTIES COMPANY,**

        **Plaintiffs,**

v.

**MOLDEX-METRIC, INC.,**

        **Defendant.**

**ORDER**
**Civil File No. 03-5292 (MJD/AJB)**

---

J. Derek Vandenburgh, Matthew J. Goggin, Phillip P. Caspers, and Samuel A. Hamer, Carlson Caspers Vandenburgh & Lindquist, and Hildy Bowbeer and Karl G. Hanson, 3M, Counsel for Plaintiffs.

Victor de Gyarfas, Lori V. Minassian, and William J. Robinson, Foley & Lardner, LLP, and Edward M. Laine and Cyrus A. Morton, Oppenheimer Wolff Donnelley, LLP, Counsel for Defendant.

---

Currently before the Court is 3M's letter request to file a surrebuttal brief regarding claim construction of U.S. Patent No. 7,117,868. Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that 3M's request is **DENIED**.

Dated: August 2, 2007

                                            s / Michael J. Davis
                                            Michael J. Davis
                                            United States District Court

2